# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                 Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                     Fax: 718-740-2000
*Employment and Labor Lawyer*                                              Web: www.abdulhassan.com

<center>September 5, 2023</center>

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

<center><u>Re: Gayle v. Advanced Clean-Up Technologies Inc. et al</u>
Case No.  23-CV-04987 (JMF)(SLC)
**Motion to Adjourn Conference, etc.**</center>

Dear Judge Furman:

    My firm represents Plaintiff in the above-referenced action, and I respectfully write on behalf of the parties, subject to Your Honor's approval, to request a 30-day adjournment of the initial conference in this matter. This request is being made because the parties are currently scheduled for mediation on September 13, 2023, through this Court's mediation program. If the case is settled, the Court will be notified promptly.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq.

**cc:**     **Defense Counsel via ECF**

---

The initial pretrial conference previously scheduled for Thursday, September 14, 2023 is ADJOURNED to Thursday, October 12, 2023 at 9:00 am.  If the case is not settled, per the Court's earlier Scheduling Order, parties must submit their proposed case management plan and joint letter by the Thursday prior to the upcoming conference. The Clerk of Court is directed to terminate ECF No. 26. SO ORDERED.

*[signature]*

September 6, 2023