UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RYAN GAYLE, :
:
Plaintiff, :
: 23-CV-4987 (JMF)
-v- :
: ORDER
ADVANCED CLEAN-UP TECHNOLOGIES, INC. et :
al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 6, 2023, Defendant Justworks Employment Group, LLC filed a motion for leave to amend its Answer to Assert Cross-Claims against Defendant Advanced Clean-Up Technologies, Inc. *See* ECF No. 28. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, leave to amend shall be "freely give[n] . . . when justice so requires." If any party intends to oppose the motion for leave to amend, it shall file a letter to that effect by **September 13, 2023**. If any party intends to oppose the motion, formal opposition to the motion shall be due by **September 20, 2023**, and any reply shall be due by **September 27, 2023**. In the absence of a letter by **September 13, 2023** (or if all relevant parties expressly consent), the Court will grant the motion for leave to amend without further notice.

      SO ORDERED.

Dated: September 11, 2023
       New York, New York
                                      JESSE M. FURMAN
                              United States District Judge