# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**             Tel: 718-740-1000
Email: abdul@abdulhassan.com         Fax: 718-740-2000
*Employment and Labor Lawyer*         Web: www.abdulhassan.com

December 6, 2023

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

<u>**Re: Gayle v. Advanced Clean-Up Technologies Inc. et al**</u>
Case No.  23-CV-04987 (JMF)(SLC)
Motion for Extension of Time

Dear Judge Furman:

     My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a 45-day extension of the December 11, 2023, deadline for Plaintiff to file his opposition to the motion of Defendant Advanced Clean-Up Technologies Inc. to compel arbitration. This request is being made because some additional time is needed for the parties to confer as to settlement, etc. – there were some delays due to the holidays, and the defense needed more time to confer with clients, etc., that warranted this request. One prior request for an extension of these deadlines was made and granted. A corresponding extension of Defendant's deadline to file any reply is also requested to February 1, 2024.

     I have reached out to defense counsels for their position on this request but did not hear back before filing and the deadline is close.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**     Defense Counsels via ECF

> The opposition deadline is extended to January 12, 2024; the reply deadline is extended to January 19, 2024.  No further extensions will be granted. The Clerk of Court is directed to terminate ECF No. 52.  SO ORDERED.
>
> [signature]
> December 8, 2023

1