# KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Edward Grimmett**
egrimmett@kaufmandolowich.com

February 2, 2024

**Via ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

> Application GRANTED. The Clerk of Court is directed to terminate ECF No. 63. SO ORDERED.
>
> *[signature]*
>
> February 5, 2024

Re:   Ryan Gayle v. Advanced Clean-up Technologies, Inc., et al.
      Docket No. 1:23-cv-04987-JMF

Dear Judge Furman:

This firm represents Defendant Advanced Clean-up Technologies, Inc. ("Defendant") in the above-referenced action.

We write to respectfully request an extension of time to file a motion for settlement approval, from February 2, 2024 to February 16, 2024. This is the first request for an extension of this deadline. Defendant has drafted the settlement agreement, but the Parties need additional time to negotiate the terms and conditions of same. Accordingly, Defendant respectfully requests that the Court issue an Order providing the Parties with a two-week extension (i.e. until February 16, 2024) to file the settlement agreement for the Court's review. Plaintiff's counsel has consented to an adjournment of this deadline.

We thank the Court for its consideration and any future courtesies extended.

Respectfully submitted,
Kaufman Dolowich, LLP

*[signature]*

Edward Grimmett