**KAUFMAN DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Edward Grimmett, Esq.**
egrimmett@kaufmandolowich.com

February 23, 2024

*Application GRANTED. The parties should not expect further extensions. The Clerk of Court is directed to terminate ECF No. 67. SO ORDERED.*

*February 23, 2024*

<u>Via ECF</u>
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:    Ryan Gayle v. Advanced Clean-up Technologies, Inc., et al.
         <u>Docket No. 1:23-cv-04987-JMF</u>

Dear Judge Furman:

This firm represents Defendant Advanced Clean-up Technologies, Inc. ("Defendant") in the above-referenced action.

We write to respectfully request an extension of time to file a motion for settlement approval, from February 23, 2024 to March 6, 2024. This is the third request for an extension of this deadline. The Parties have finalized the settlement agreement and two of the Parties have executed same. However, additional time is needed to finalize the motion for settlement approval and for the settlement agreement to be reviewed and fully executed by the remaining party. Accordingly, Defendant respectfully requests that the Court issue an Order providing the Parties with an extension until March 6, 2024 to file the settlement agreement for the Court's review. Plaintiff's counsel has consented to an adjournment of this deadline.

We thank the Court for its consideration and any future courtesies extended.

Respectfully submitted,
Kaufman Dolowich, LLP

Edward Grimmett